**Dated: October 08, 2008**
**The following is SO ORDERED:**

_George W. Emerson, Jr._
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

IN RE:

JOHN HOLDEN and TINA HOLDEN                    CH 7 CASE NO 03-27631-E

DEBTORS

_____

ORDER ON TRUSTEE'S OBJECTIONS TO CLAIMS

_____

This cause came on to be heard after notice on the Trustee's objections to the

following claims and after statement of Counsel for the Trustee and all the proof in the

record, the Court finds as follows:

Claim No 1 filed on May 13, 2003 by Shelby County Trustee for $3,351.62 as secured. Said claim is allowed as fully secured.

Claim No 2 filed on May 16, 2003 by City of Collierville for $1,282.29 as secured. Said claim is allowed as fully secured.

JOHN HOLDEN and TINA HOLDEN               CH 7 CASE NO 03-27631-E
Ord on Objs to Clms, p.2.

      Claim No 3 filed on May 19, 2003 by Novastar for $ 332,119.71 as secured. Said claim is allowed as fully secured.

      Claim No 9 filed on August 13, 2003 by Holiday Lumber for $76,524.96 as secured. Said claim is allowed as a general unsecured claim.

      Claim No 20 filed on September 8, 2003 by Barry E. Wilbanks dba Wilbanks Trucking for $25,000.00 as secured. Said claim is allowed as a general unsecured claim.

Approved:
/s/ Richard T. Doughtie, III
Attorney for Trustee

Service:

Debtor
Debtor's Attorney
Case Trustee
United States Trustee

Shelby County Trustee
P. O. Box 2751
Memphis, TN 38101-2751

City of Collierville
101 Walnut
Collierville, TN 38017

Novastar
P. O. Box 2900
Shawnee Mission, KS 66201

Holiday Lumber
700 CR 540
Ripley, MS 38663

Barry E. Wilbanks
 dba Wilbanks Trucking
60 CR 116
Corinth, MS  38834