UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

JOHN HOLDEN and TINA HOLDEN CH 7 CASE NO 03-27631-E

DEBTOR

TRANSMITTAL OF UNCLAIMED FUNDS
FROM INTERIM DISTRIBUTION

Comes now, Richard T. Doughtie, III, Trustee herein, and reports to the Court as follows:

1. Ninety days have passed since the interim distribution was made in this case, Your Trustee has stopped payment on all checks remaining unpaid. The names of the creditors and claim number to whom such unnegotiated distribution checks were issued, the amount of such checks and their last known address are as follows:

| Name & Last Known Address | Claim No | Ret by PO/ Uncashed | Amount |
|---|---|---|---|
| Chase Manhattan Bank USA, N.A.<br>c/o Chase Card BankCard Services,Inc.<br>P. O. Box 52176<br>Phoenix, AZ 85072-2176 | 16 | Ret. | 2,714.05 |
| Barry E. Wilbanks dba<br>Wilbanks Trucking<br>60 CR 116<br>Corinth, MS. 38834 | 20 | Unc. | 4,082.27 |
| MBNA America Bank, NA<br>P. O. Box 15168<br>Wilmington, DE 19850 | 21 | Ret. | 2,165.66 |

| Creditor | Claim No. | | Amount |
|---|---|---|---|
| Advanta Business Cards Legal Recovery<br>1020 Laurel Oak Rd.<br>Voorhees, NJ 08043 | 22 | Ret. | 497.73 |
| Bank One Delaware NA aka First USA<br>c/o Weinstein, Treiger & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | 23 | Ret. | 1,757.80 |
| Citibank, N.A.<br>Citibank/CHOICE<br>Exception Payment Processing<br>P. O. Box 6305<br>The Lakes, NV 88901-6305 | 24 | Ret. | 4,225.99 |

2. Your Trustee's check for $ 15,443.50, payable to the Clerk of Court, is attached to this report and list.

Respectfully submitted,
/s/ Richard T. Doughtie, III
Trustee
239 Adams
Memphis, TN 38120
Date: June 25, 2014

CERTIFICATE OF SERVICE

I, Richard T. Doughtie, III, hereby certifies that on June 25, 2014 a true and exact copy of the foregoing has been sent electronically or via United States Postal Service, first class postage prepaid to the persons listed below.

/s/ Richard T. Doughtie, III
Richard T. Doughtie, III

Service:

Debtor
Debtor's Attorney
Chapter 7 Trustee
U.S. Trustee

Chase Manhattan Bank USA, N.A.
c/o Chase Card BankCard Services,Inc.
P. O. Box 52176
Phoenix, AZ 85072-2176

Barry E. Wilbanks dba
Wilbanks Trucking
60 CR 116
Corinth, MS. 38834

MBNA America Bank, NA
P. O. Box 15168
Wilmington, DE 19850

Advanta Business Cards Legal Recovery
1020 Laurel Oak Rd.
Voorhees, NJ 08043

Bank One Delaware NA aka First USA
c/o Weinstein, Treiger & Riley, P.S.
2101 4th Avenue, Suite 900
Seattle, WA 98121

Citibank, N.A.
Citibank/CHOICE
Exception Payment Processing
P. O. Box 6305
The Lakes, NV 88901-6305