UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE:

JOHN HOLDEN and TINA HOLDEN                    CH 7 CASE NO 03-27631-E

DEBTOR

---

TRANSMITTAL OF UNCLAIMED FUNDS
FROM FINAL DISTRIBUTION

---

Comes now, Richard T. Doughtie, III, Trustee herein, and reports to the Court as follows:

1.  Ninety days have passed since the final distribution was made in this case, Your Trustee has stopped payment on all checks remaining unpaid. The names of the creditors and claim number to whom such unnegotiated distribution checks were issued, the amount of such checks and their last known address are as follows:

| Name & Last Known Address | Claim No | Ret by PO/ Uncashed | Amount |
|---|---|---|---|
| Chase Manhattan Bank USA, N.A.<br>c/o Chase Card BankCard Services,Inc.<br>P. O. Box 52176<br>Phoenix, AZ  85072-2176 | 16 | Ret. | 523.97 |
| MBNA America Bank, NA<br>P. O. Box 15168<br>Wilmington, DE  19850 | 21 | Ret. | 418.10 |
| Advanta Business Cards Legal Recovery<br>1020 Laurel Oak Rd.<br>Voorhees, NJ  08043 | 22 | Ret. | 96.09 |

JOHN HOLDEN and TINA HOLDEN      CH 7 CASE NO 03-27631-E
Unclaimed funds, p. 2.

| | | | |
|---|---|---|---|
| Bank One Delaware NA aka First USA<br>c/o Weinstein, Treiger & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA  98121 | 23 | Ret. | 339.36 |
| Citibank, N.A.<br>Citibank/CHOICE<br>Exception Payment Processing<br>P. O. Box 6305<br>The Lakes, NV 88901-6305 | 24 | Ret. | 815.87 |
| Federal Express Corporation<br>ATTN: Revenue Recovery/Bankruptcy<br>2005 Corporate Ave., 2nd Floor<br>Memphis, TN 38132 | 25 | Unc. | 403.01 |

    2.  Your Trustee's check for $ 2,596.40, payable to the Clerk of Court, is attached to this report and list.

Respectfully submitted,
/s/ Richard T. Doughtie, III
Trustee
239 Adams
Memphis, TN 38120
Date:  March 30, 2015

JOHN HOLDEN and TINA HOLDEN                    CH 7 CASE NO 03-27631-E
Unclaimed funds, p. 3.

## CERTIFICATE OF SERVICE

I, Richard T. Doughtie, III, hereby certifies that on March 30, 2015 a true and exact copy of the foregoing has been sent electronically or via United States Postal Service, first class postage prepaid to the persons listed below.

/s/ Richard T. Doughtie, III
Richard T. Doughtie, III

Service:
    Debtor
    Debtor's Attorney
    Chapter 7 Trustee
    U.S. Trustee

    Chase Manhattan Bank USA, N.A.
    c/o Chase Card BankCard Services,Inc.
    P. O. Box 52176
    Phoenix, AZ  85072-2176

    MBNA America Bank, NA
    P. O. Box 15168
    Wilmington, DE  19850

    Advanta Business Cards Legal Recovery
    1020 Laurel Oak Rd.
    Voorhees, NJ  08043

    Bank One Delaware NA aka First USA
    c/o Weinstein, Treiger & Riley, P.S.
    2101 4th Avenue, Suite 900
    Seattle, WA  98121

    Citibank, N.A.
    Citibank/CHOICE
    Exception Payment Processing
    P. O. Box 6305
    The Lakes, NV 88901-6305

    Federal Express Corporation
    ATTN: Revenue Recovery/Bankruptcy
    2005 Corporate Ave., 2nd Floor
    Memphis, TN 38132