**Dated: October 30, 2015**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

IN RE:

**JOHN HOLDEN & TINA HOLDEN**,                              CHAPTER **7**
                                                            CASE NO.: **03-27631**
Debtor(s).
_____

ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT
_____

On the Application of **Bank of America Corporation, successor to MBNA America Bank NA** (the Claimant"), a Claimant in the captioned case for an Order Directing Payment of Funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the Court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of **$2,165.66**) be paid to it in care of the party whose name appears on the Power of Attorney, Greg Griffith, Power of Attorney on behalf of **Bank of America Corporation, successor to MBNA America Bank NA,** 3855 South Boulevard, Suite 200, Edmond, OK 73013 attached to the Application.

**IT IS, THEREFORE, SO ORDERED.**

IN RE:
JOHN HOLDEN & TINA HOLDEN
CHAPTER 7, CASE NO.:  03-27631
ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT
PAGE 2

Approved:

/s/  Joseph A. Livesay, Sr.
Joseph A. Livesay, Sr.          #7889
Attorney for Claimant
239 Adams Avenue
Memphis, TN  38103
(901) 525-0257

NOTIFY THE FOLLOWING:

Joseph A. Livesay, Sr.
Attorney for Claimant
239 Adams Avenue
Memphis, TN  38103

Chapter 7 Trustee

U.S. Trustee
U.S. Attorney
Carolyne Avery

American Property Locators, Inc.
Attn:  Greg Griffith
3855 South Boulevard, Suite 200
Edmond, OK  73013